In the Matter of SOLOMON GOLDBARD, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator granting the landlords' application for a certificate of eviction, for the purpose of providing an apartment in a multiple dwelling for use and occupancy by a resident superintendent, it appears that the landlords had been fined for not providing a resident superintendent, as required by section 83 of the Multiple Dwelling Law. The tenant appeals from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, with $10 costs and disbursements. (*Matter of Gross* v. *McGoldrick,* 283 App. Div. 1110, affd. 308 N. Y. 651.) Present— Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. [See *post,* p. 864.]

◼

In the Matter of WINTHROP TAYLOR, Appellant, against BOARD OF ZONING APPEALS OF THE TOWN OF SMITHTOWN et al., Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination made by respondent board of zoning appeals, which granted a variance or special exception to premises owned by respondent Stufkosky located in an "F" business district, for the manufacture of matched towels, pillow cases, tablecloths and the like household goods. Petitioner, a neighboring property owner, appeals from an order confirming the determination and dismissing the petition. Order unanimously affirmed, with $10 costs and disbursements to respondent board of zoning appeals. No opinion. Present— MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *post,* p. 878.]